THOMPSON & KNIGHT LLP
Michael V. Blumenthal, Esq.
900 Third Avenue
New York, New York 10022
(212) 751-3321 Telephone
(214) 999-9279 Facsimile
Attorneys for Stabilis Fund II, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | **Chapter 11** |
| **Commack Hospitality, LLC** ) | |
| ) | **Case No. 14-70931(AST)** |
| Debtor, ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that Stabilis Fund II, LLC ( "Stabilis"), hereby appears by it's counsel, Thompson & Knight LLP, and demands, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorney on its behalf, at the address set forth below, attention:

**Michael V. Blumenthal, Esq.**
**THOMPSON & KNIGHT LLP**
**900 Third Avenue – 20th Floor**
**New York, New York 10022**
**(212) 751-3321 Telephone**
**(214) 999-9279 Facsimile**
**E-mail: michael.blumenthal@tklaw.com**

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes

not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE, that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Stabilis': (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Stabilis is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      March 19, 2014

                        Respectfully Submitted,

                        THOMPSON & KNIGHT LLP
                        Attorneys for Stabilis Fund II, LLC
                        900 Third Avenue – 20th Floor
                        New York, New York 10022
                        (212) 751-3321 Telephone

                  By:   /s/ Michael V. Blumenthal
                           Michael V. Blumenthal, Esq.