**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
Laurence May, Esq.
Mark Tsukerman, Esq.
(212) 752-9000 (Telephone)
(212) 752-8393 (Facsimile)
*Counsel for Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re:                              | CASE NO. 14-70931 (AST) |
|-------------------------------------|--------------------------|
| COMMACK HOSPITALITY, LLC,           | Chapter 11               |
| Debtor-in-Possession.               |                          |

## NOTICE OF ADJOURNMENT OF HEARING

PLEASE TAKE NOTICE that the following hearing has been adjourned from June 25, 2014 to **July 8, 2014, at 11:30 a.m.** (prevailing Eastern time) and will be held at the Conrad B. Duberstein, U.S. Bankruptcy Courthouse, 271-C Cadman Plaza East, Brooklyn, New York 11201:

Commack Hospitality, LLC's Objection to the Proof of Claim filed by Stabilis Master Fund III, LLC (Claim 10-1) [Docket No. 44].

DATED: June 26, 2014              COLE, SCHOTZ, MEISEL,
                                  FORMAN & LEONARD, P.A.
                                  Attorneys for Commack Hospitality, LLC,

                                  By:   */s/ Laurence May*
                                        Laurence May, Esq.
                                        Mark Tsukerman, Esq.

51904/0002-10742327v1